UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**CAMDEN OFFICE**                         **DATE OF PROCEEDING:** 02/28/2024

**JUDGE JOSEPH H. RODRIGUEZ**

**COURT REPORTER:** Sharon Ricci

**TITILE OF CASE:**

BLACK-MEADOWS et al,                  **DOCKET NO.  20-6951 (JHR-AMD)**

v.

DEPTFORD TOWNSHIP et al,

 **APPEARANCES:**

 Stanley O. King, Esq. for Plaintiffs
 Todd J. Galfand, Esq. for Defendants

**NATURE OF PROCEEDINGS:**  MOTION HEARING

Hearing on MOTION for Summary Judgment by DEFENDANTS' WILLIAM BITTNER,
KEVIN CLEMENTS, DEPTFORD TOWNSHIP, WILLIAM HANSTEI

(Docket entry #133)

**DISPOSITION:**

Decision Reserved.

s/*David Bruey*
**DEPUTY CLERK**

Time Commenced: 11:05 am.                  Time Adjourned: 12:20 pm.
Total time in Court: 1 hour and 15 minutes